## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEPRACOR INC., <br><br>        **Plaintiff,** <br><br>        **v.** <br><br> TEVA PHARMACEUTICALS USA, INC., *et al.*, <br><br>        **Defendants.** | Civil Action No. 09-1302 (DMC)(MF) <br><br> **Hon. Dennis M. Cavanaugh, U.S.D.J.** <br> **Hon. Mark Falk, U.S.M.J.** <br><br> **[PROPOSED] STIPULATED THIRD AMENDED SCHEDULING ORDER** <br><br> **(Filed Electronically)** |

**THIS MATTER** having come before the Court for a status conference on March 15, 2010, and by agreement of the parties, and for good cause shown on the record:

**IT IS ORDERED THAT:**

1.     Paragraph 21 of the Court's August 26, 2009 Amended Scheduling Order (D.I. 150) is amended as follows: All additional fact discovery shall be completed by June 30, 2010.

2.     Paragraphs 22(a) – (d) of the Court's August 26, 2009 Amended Scheduling Order are amended as follows:

       (a)     All initial expert reports on behalf of the party having the burden of proof on the issue shall be delivered by August 13, 2010.

       (b)     All rebuttal expert reports shall be delivered by September 30, 2010.

       (c)     All reply expert reports shall be delivered by October 29, 2010.

       (d)     All expert discovery shall be completed by January 31, 2011.

3.     All requests for discovery brought under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, 28 U.S.C. § 1781 *et seq.*, shall, to the extent possible based upon information presently known to the parties, be filed on or before March 30, 2010. Such discovery shall be completed on or before October 29, 2010.

4.     The Court shall conduct the next status conference in this case on

*Thursday, June 3, 2010, at 10:00 a.m.*

SO ORDERED:

Dated: 3/19/10

Hon. Mark Falk
United States Magistrate Judge