Edward D. Pergament, Esq.
Michael R. Gilman, Esq. (*pro hac vice*)
Milagros A. Cepeda, Esq.
Jonathan M. Doloff, Esq.
Kaplan Gilman & Pergament LLP
1480 Route 9 North, Suite 204
Woodbridge, NJ 07095
(732) 636-4500
epergament@kgplaw.com
mgilman@kgplaw.com
mcepeda@kgplaw.com
jdoloff@kgplaw.com
*Attorneys for Defendants*
*Glenmark Generics Inc., USA*
*Glenmark Generics, Ltd.*
*Glenmark Pharmaceuticals, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SEPRACOR INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 2:09-cv-1302-DMC-MF** |
| ) | **Hon. Dennis M. Cavanaugh, U.S.D.J.** |
| ) | **Hon. Mark Falk, U.S.M.J.** |
| **TEVA PHARMACEUTICALS USA, INC.,** ) | |
| **ET AL.** ) | |
| ) | |
| **Defendants.** ) | |

To:   CHARLES MICHAEL LIZZA          Joseph M. O'Malley, Jr.
      WILLIAM C. BATON                Bruce M. Wexler
      SAUL EWING, LLP                 David M. Conca
      ONE RIVERFRONT PLAZA            Eric W. Dittman
      NEWARK , NJ 07102-5490          Lynn M. Terrebonne
      (973) 286-6700                  Paul, Hastings, Janofsky & Walker LLP
      clizza@saul.com                 75 East 55th Street
      wbaton@saul.com                 New York, NY 10022
                                      josephomalley@paulhastings.com
                                      brucewexler@paulhastings.com
                                      davidconca@paulhastings.com
                                      ericdittmann@paulhastings.com
                                      lynnterrebonne@paulhastings.com

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 9th day of July, 2010, at 12:00 P.M. or any time and date as the Court may set, attorney for Defendants Glenmark Generics Inc., Glenmark Generics Ltd., and Glenmark Pharmaceuticals (hereinafter "Glenmark"), Edward D. Pergament, shall move, before the Honorable Judge Mark Falk, U.S.M.J., United States Courthouse, 1 Federal Square, Room 447, Newark, New Jersey, 07101, for the entry of an Order in the form submitted herewith, granting Defendants' Motion to Compel and other relief in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely upon the Notice of Motion, Memorandum of Law in Support of Defendant's Motion to Compel and the Declaration of Edward D. Pergament together with its Exhibits, submitted herewith.

Edward D. Pergament, Esq.
KAPLAN GILMAN & PERGAMENT LLP
1480 Route 9 North, Suite 204
Woodbridge, NJ 07095
Telephone (732) 636-4500
*Attorneys for Defendants*
　　*Glenmark Generics Inc., USA*
　　*Glenmark Generics, Ltd.*
　　*Glenmark Pharmaceuticals, Ltd.*

Dated:　Woodbridge, New Jersey
　　　　June 7, 2010