ORDER ON ORAL MOTION

FILED

SEP 15 2010

AT 8:3...
WILLIAM T WALSH
CLERK

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

*Attorneys for Plaintiff
Sepracor Inc.*

*Of Counsel:*

Joseph M. O'Malley, Jr.
Bruce M. Wexler
David M. Conca
Eric W. Dittmann
Lynn M. Terrebonne
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SEPRACOR INC.,** | Civil Action No. 09-1302 (DMC)(MF) |
| **Plaintiff,** | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| **v.** | Hon. Mark Falk, U.S.M.J. |
| **TEVA PHARMACEUTICALS USA, INC.,** *et al.,* | (Filed Electronically) |
| **Defendants.** | |

## STIPULATION AND [PROPOSED] ORDER OF INFRINGEMENT

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Sepracor Inc.

("Sepracor"), by their undersigned counsel, and Defendant Teva Pharmaceuticals USA, Inc.

("Teva"), by their undersigned counsel, that:

1.   The eszopiclone tablet products described in Teva's Abbreviated New Drug

Application No. 91-169 ("ANDA No. 91-169") fall within the scope, either

literally and/or under the doctrine of equivalents, of claim 1 of United States

Patent No. 6,319,926 ("the '926 patent"), claims 1, 2, and 8 of United States

Patent No. 6,444,673 ("the '673 patent"), claims 1, 2, and 6-7 of United States

Patent No. 6,864,257 ("the '257 patent") and claims 1-5 of United States Patent

No. 7,381,724 ("the '724 patent") (collectively, "the asserted claims").

2.   In the event the asserted claims are not found invalid or unenforceable, the

making using, offering for sale, selling, or importation into the United States of

the eszopiclone tablet products described in Teva's ANDA No. 91-169 would

constitute infringement of the asserted claims.

3.   Sepracor and Teva hereby agree that neither party will seek any additional fact

discovery from the other, including, but not limited to, the Teva Israel documents

and 30(b)(6) deposition testimony addressed in the parties' letters to the Court

submitted in August and September 2010.

4.   This Stipulation is applicable only for purposes of this action and cannot be used

by either party as evidence against the other party in any other lawsuit or

proceeding, or with respect to any other patent or product.

Dated: September 9, 2010

By: _____
    Charles M. Lizza
    William C. Baton
    SAUL EWING LLP
    One Riverfront Plaza
    Newark, New Jersey 07102
    (973) 286-6700

OF COUNSEL:

Joseph M. O'Malley, Jr.
Bruce M. Wexler
David M. Conca
Eric W. Dittmann
Lynn M. Terrebonne
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
75 E. 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Plaintiff*
*Sepracor Inc.*

Dated: September 9, 2010

By: _____
    Allyn Z. Lite
    Mayra V. Tarantino
    LITE DEPALMA GREENBERG LLC
    Two Gateway Center, 12th Floor
    Newark, NJ 07102
    (973) 623-3000

OF COUNSEL:

Mark D. Schuman
Todd S. Werner
Russell J. Rigby
CARLSON, CASPERS, VANDENBURGH
  & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(612) 436-9600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

SO ORDERED:

_____
Hon. Dennis M. Cavanaugh
United States District Judge

Date: _____9/14/10_____