UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEPRACOR INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | Civil Action No. 09-1302 (DMC)(MF) <br><br> Hon. Dennis M. Cavanaugh, U.S.D.J. <br> Hon. Mark Falk, U.S.M.J. |

## STIPULATION AND ORDER REGARDING NAME CHANGE

WHEREAS, as of October 12, 2010, Plaintiff Sepracor Inc. changed its name to Sunovion Pharmaceuticals Inc.;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the caption in this matter shall be amended to reflect the name change as set forth below:

| | |
|---|---|
| SUNOVION PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | Civil Action No. 09-1302 (DMC)(MF) <br><br> Hon. Dennis M. Cavanaugh, U.S.D.J. <br> Hon. Mark Falk, U.S.M.J. |

By: _____
*Attorneys for Plaintiff Sunovion
Pharmaceuticals Inc.*

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Of Counsel:*

Joseph M. O'Malley, Jr.
Bruce M. Wexler
David M. Conca
Eric W. Dittmann
Lynn M. Terrebonne
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000
josephomalley@paulhastings.com
brucewexler@paulhastings.com
davidconca@paulhastings.com
ericdittmann@paulhastings.com
lynnterrebonne@paulhastings.com

By: *[signature: Mayra V. Tarantino]*
*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.*

Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12 Floor
Newark, NJ 07102
(973) 623-3000
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Of Counsel:*

Mark D. Schuman
Todd S. Werner
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
(612) 436-9600
mschuman@ccvl.com
tswerner@ccvl.com

By: _____
*Attorneys for Defendants Dr. Reddy's
Laboratories, Ltd., and Dr. Reddy's
Laboratories, Inc.*

Andrew J. Miller
Bruce D. Radin
Frank D. Rodriguez
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
amiller@buddlarner.com
bradin@buddlarner.com
Frodriguez@buddlarner.com

By: _____
*Attorneys for Defendant Roxane Laboratories, Inc.*

Mark S. Olinsky
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
molinsky@sillscummis.com

*Of Counsel:*

Marta E. Gross
Keith A. Zullow
Michael B. Cottler
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 813-8800
mgross@goodwinprocter.com
mcottler@goodwinprocter.com
kzullow@goodwinprocter.com

By: _____
Attorneys for Defendants Orchid
Healthcare, Orchid Chemicals &
Pharmaceuticals Ltd., and Orgenus Pharma
Inc.

James E. Cecchi
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com
mflax@carellabyrne.com

*Of Counsel*:

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Brian A. Garcia
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK
LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 222-6301
wrakoczy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
bgarcia@rmmslega.com
ehunt@rmmslegal.com

By: /s/ [signature]

*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

Karen A. Confoy
Erica S. Helms
STERNS & WEINROTH, P.C.
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, NJ 08607-1298
(609) 989-5012
kconfoy@sternslaw.com
ehelms@sternslaw.com

*Of Counsel:*

Stephen M. Hankins
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
(415) 901-8700
shankins@schiffhardin.com
D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K Street NW
Suite 300
Washington, DC 20006
(202) 778-6400
dcohly@schiffhardin.com
Kathryn S. Devine
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
kdevine@schiffhard.com

By: _____
*Attorneys for Defendants Sun Pharma
Global Inc., Sun Pharmaceutical Industries
Inc., and Sun Pharmaceutical Industries Ltd.*

James S. Richter
Jeffrey P. Catenacci
WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 848-7676
jrichter@winston.com
jcatenacci@winston.com

*Of Counsel*:

James F. Hurst
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
jhurst@winston.com
Gail J. Standish
Peter E. Perkowski
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
gstandish@winston.com
pperkowski@winston.com

By: ___T.O.K_____
Attorneys for Defendants Alphapharm Pty.
Ltd. and Mylan, Inc.

Jeffrey Soos
Arnold B. Calmann
Geri L. Albin
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 622-3333
js@saiber.com
abc@saiber.com
gla@saiber.com

*Of Counsel:*

Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300
rshulman@wsgr.com
tkearney@wsgr.com
Roger J. Chin
Tung-On Kong
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Street
Spear Tower Suite 3300
San Francisco, California 94105
rchin@wsgr.com
tkong@wsgr.com

**SO ORDERED:**

Dated: __11/9/10__

_____
Hon. Dennis M. Cavanaugh
United States District Judge